**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-22-0000729**
**29-DEC-2025**
**07:56 AM**
**Dkt. 62 OCOR**

NO. CAAP-22-0000729

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

IN THE INTEREST OF J.B.

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-J NO. 0115174)

ORDER OF CORRECTION
(By: Wadsworth, J.)

IT IS HEREBY ORDERED that the Opinion of the Court filed on June 6, 2025, is corrected as follows:

On page 6, in line 4 of the first full paragraph, delete the opening quotation mark before the word "Thus," so that the line reads:

of physical condition." HRS § 707-700. Thus, it is incumbent

On page 8, in line 5 of the paragraph following the heading "B. Sufficiency of the Evidence," remove the underline of the space between "See" and "Davis," so that the line reads:

Third Degree. See Davis, 133 Hawaiʻi at 120, 324 P.3d at 930

On page 10, in line 8 from the top, delete the glottal stop symbol "ʻ" before the number "277," so that the line reads:

Hawaiʻi 277, 288, 172 P.3d 1021, 1032 (2007)); <u>see</u> HRAP Rule

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this correction.

DATED:  Honolulu, Hawaiʻi, December 29, 2025.

/s/ Clyde J. Wadsworth
Associate Judge

2